UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JEROME G. RICHARDS, II, | ) |
| Plaintiff | ) |
| v. | ) 1:22-CV-00388-LEW |
| STATE OF MAINE, et al., | ) |
| Defendants | ) |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the court, with a copy to Plaintiff Jerome G. Richards, II, his Recommended Decision After Review of Complaint (ECF No. 2). In the decision, the Magistrate Judge recommends that the complaint be dismissed. The time within which to file objections has expired and no objection was filed. The Magistrate Judge notified Mr. Richards that failure to object would waive his right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The complaint in this matter is hereby DISMISSED following screening conducted pursuant to 28 U.S.C. § 1915A for the reasons stated in the Recommended Decision.

**SO ORDERED.**

Dated this 19th day of January, 2023.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE